# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIE JOHN DUPRE, II

NO. 2022 KW 1003

**SEPTEMBER 12, 2022**

In Re:   Jamie John Dupre, II, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 831966.

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT GRANTED.**  The trial court's ruling granting a mistrial sua sponte is vacated, and this matter is remanded to the trial court to investigate whether the members of the jury overheard any comment(s) made by juror number 57.  If the court finds that members of the jury overheard the comment(s) made by juror number 57, the court is instructed to question the jurors individually to determine whether the comment(s) would have any influence on his or her deliberation. See **State v. Hills,** 2019-0466 (La. App. 1st Cir. 7/9/19), 2019 WL 3024107.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn()*

DEPUTY CLERK OF COURT
FOR THE COURT